[No. 49176-8-I. Division One. August 19, 2002.]

HOUMPAENG LEUTAKOUN, *Appellant*, v. DANA ROSENBERG, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-16556-9, Glenna Hall, J., entered June 13, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49321-3-I. Division One. August 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE PATTON CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08739-6, Laura Gene Middaugh, J., entered October 3, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49392-2-I. Division One. August 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD HAIRELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05364-3, Carol A. Schapira, J., entered October 8, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49525-9-I. Division One. August 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN DORENBOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05044-3, Cheryl B. Carey, J., entered October 19, 2001. *Affirmed* by unpublished per curiam opinion. Now published at 113 Wn. App. 494.